# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN C. VALLUZZO AND JANETTE
H. VALLUZZO

VERSUS

CUSIMANO CONSTRUCTION, INC.,
BILLIE A. BRIAN, INC.,
TRINITY BUSINESS GROUP, LLC,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

NO.   2022 CW 1291

MARCH 6, 2023

---

In Re:   Southeast Engineers, LLC, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 707022.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **JEW**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*

---
DEPUTY CLERK OF COURT
FOR THE COURT